UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

In re

COUDERT BROTHERS LLP,

                       Debtor.

------------------------------------------------------X

DEVELOPMENT SPECIALISTS, INC.,
as Plan Administrator,

                       Plaintiff,

- against -

COMPUTERSHARE, INC.,

                       Defendant.

------------------------------------------------------X

Chapter 11

Case No. 06-12226 (RDD)

Adv. Proc. No. 13-01184 (RDD)

**CERTIFICATE OF SERVICE**

I, Peter H. Choi, certify as follows:

On February 14, 2013, I served a copy of **Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding** and **Verified Adversary Complaint** via the manner indicated upon the following:

| | |
|---|---|
| Stephen Cesso<br>Registered Agent<br>Computershare, Inc.<br>250 Royall Street<br>Canton, MA 02021 | Steven Rothbloom<br>President<br>199 Water Street<br>New York, NY 10038 |
| *(Via Federal Express)* | *(Via First-Class Mail)* |

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on February 20, 2013.

                                                                                         Peter H. Choi